1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
11

KYO HAK CHU, individually and on behalf all others similarly situated,

12

Case No.: 4:21-cv-00688-HSG

13

Plaintiff,

Assigned to Haywood S. Gilliam, Jr.

14

vs.

**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)(1) (A)(II)**

15
16

ATLANTIC RICHFIELD COMPANY d/b/a ARCO, a Delaware corporation; and DOES 1 to 10, inclusive,

17
18

Defendant.

19

Complaint Filed: January 28, 2021
Trial Date:       None Set

20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATION TO DISMISS CASE

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Kyo Hak Chu and Defendant Atlantic Richfield Company d/b/a Arco's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated:  1/28/2022

JUDGE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

ORDER GRANTING STIPULATION TO DISMISS CASE